IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY HOWARD BESSELAAR, AIS # 00135043, Petitioner, | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 17-00132-WS-N |
| JEFFERSON S. DUNN, *Commissioner of the Alabama Department of Corrections,* Respondent. | ) ) ) ) | |

## JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Tracy Howard Besselaar, such that this action under 28 U.S.C. § 2254 is **DISMISSED without prejudice** for lack of subject matter jurisdiction, and that Besselaar is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 4th day of May, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE